### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CHRISTOPHER LEWIS,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **BOARD OF COUNTY COMMISSIONERS** ) <br> **OF JOHNSON COUNTY, KANSAS, et al.,** ) <br> ) <br> **Defendants.** ) <br> ) | Case No. 21-2273-HLT-GEB |

## ORDER

This matter is before the Court on Defendants Board of Commissioners of Johnson County, Kansas and Sheriff Calvin Hayden's Motion to stay discovery and pretrial proceedings in this case until thirty (30) days following a ruling on their Motion to Dismiss (ECF No. 4). (**Motion**, **ECF No. 6.**) The motion to stay was filed June 30, 2021, making Plaintiff's response deadline July 14, 2021. No response has been filed, and the Court may grant the motion as uncontested without further notice pursuant to D. Kan. Rule 7.4(b).

**IT IS THEREFORE ORDERED** that Defendants Board of Commissioners of Johnson County, Kansas and Sheriff Calvin Hayden's Motion to stay discovery and pretrial proceedings (**ECF No. 6**) is **GRANTED**. In the event this case proceeds following a decision on the motion to dismiss, the undersigned will promptly establish scheduling deadlines at that time.

**IT IS SO ORDERED.**

Dated at Wichita, Kansas this 16th day of August, 2021.

s/ Gwynne E. Birzer
GWYNNE E. BIRZER
United States Magistrate Judge
